**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re:<br>Daniel E McGillicuddy and<br>Janine V McGillicuddy<br>　　　　　　　　　Debtors.<br>_____/ | Chapter 7 No. HG-09-05296<br><br>Hon. Jeffrey R. Hughes |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

　　Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns with US Bank, N.A. as servicer for lender, by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 806 Grindle Dr, Lowell, MI 49331-9326; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

　　IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 806 Grindle Dr, Lowell, MI 49331-9326.  This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**END OF ORDER**

Page 1

**Signed: June 07, 2010**

Hon. Jeffrey R. Hughes
United States Bankruptcy Judge